Damon N. Vocke (*pro hac vice* application forthcoming)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
dnvocke@duanemorris.com

Daniel B. Heidtke (SBN 302450)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7421

Attorneys for GEICO Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEKHA ABDALLA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, AND GEICO GENERAL INSURANCE COMPANY,<br><br>                    Defendants. | No.: 21-cv-0621-MMA-DEB<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Defendants disclose as follows:

1.     GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company (collectively, "Defendants") are non-governmental corporate parties.

2.    Defendants are privately held, wholly-owned subsidiaries of Berkshire Hathaway Inc.

Dated: June 28, 2021                          **DUANE MORRIS LLP**

                                              By: */s/ Daniel B. Heidtke*
                                                  Damon N. Vocke (pro hac vice
                                                  forthcoming)
                                                  Daniel B. Heidtke (SBN 302450)

                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 28, 2021, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Diana Garcia*
Diana Garcia